IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TALLAKSEN,<br><br>Defendant. | Case No.: 6:26-PO-00532-HBK<br><br>ORDER GRANTING MOTION TO APPEAR REMOTELY<br><br>(Doc. 8) |

Before the Court is defense counsel's request to appear by videoconference at Defendant's initial appearance scheduled for October 6, 2026 at 10:00 a.m. and all future hearings held in Yosemite unless otherwise ordered. (Doc. 8). The Court finds good cause to grant the request.

Accordingly, IT IS ORDERED:

1. Defense counsel's request (Doc. 8) is GRANTED.
2. Counsel is authorized to appear remotely at Defendant's initial appearance set for October 6, 2026, and at all future hearings on this matter, unless otherwise ordered, before the Honorable Helena M. Barch-Kuchta.
3. The proceeding will occur via Zoom or another Court-designated platform; the Courtroom Deputy will provide connection details and instructions.

4. Counsel must use a stable connection and appear from a quiet, private location.
5. Recording, photography, or rebroadcasting is prohibited.
6. This order authorized remote appearance in this case unless the Court directs otherwise for a particular proceeding.

IT IS SO ORDERED.

Dated: September 29, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE